AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| KATHLEEN SCALISE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:22-cv-00341-GTS-ML |
| THOMAS SCARAFILE, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS SCARAFILE.

Date: 06/24/2022

/s/ Shannon T., O'Connor
*Attorney's signature*

Shannon T. O'Connor, Esquire
*Printed name and bar number*

Vaughan Baio & Partners
126 North Salina Street, Suite 210
Syracuse, NY  13202
*Address*

soconnor@vaughanbaio.com
*E-mail address*

(680) 212-8860
*Telephone number*

(215) 665-8300
*FAX number*