**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KATHLEEN SCALISE, | : | |
|       Plaintiff | : | |
| | : | **Civil Action** |
| vs. | : | |
| | : | |
| THOMAS SCARAFILE, et al | : | No. 6:22-CV-00341-GTS-ML |
|       Defendant | : | |

I, Shannon T. O'Connor, Esquire, hereby certify that on this 24th day of June, 2022, I served a true and correct copy of my Notice of Appearance filed on behalf of Thomas Scarafile to the following parties this date *via Court ECF*:

David A. Longeretta, Esquire
LAW OFFICE OF DAVID A. LONGERETTA, PLLC
298 Genesee Street
Utica, NY  13502
315.735.6162
dlongerettalaw@gmail.com
*Attorneys for Plaintiff*

Zachary C. Oren, Esquire
LAW OFFICE OF ZACHARY C. OREN, ESQUIRE
401 Rutger Street
Utica, NY  13501
570-441-8818
z.c.oren@gmail.com

James A. Resila, Esquire
SCHWAB & GASPAMI, PLLC
90 State Street, Suite 700
Albany, NY  12207
518.591.4664
jresila@schwabgasparini.com
Attorney for Defendant,
Village of Whitesboro

                                                  */s/ Shannon T. O'Connor*
                                                  Shannon T. O'Connor, Esquire