

109 South Warren Street
Suite 306
Syracuse, NY 13202
P: (315) 422-1333
F: (315) 671-5013
www.schwabgasparini.com

Andrew J. Schwab, Esq.
Partner
Direct Dial: (315) 671-0677
aschwab@schwabgasparini.com

October 11, 2022

**VIA ECF**
Hon. Miroslav Lovric
Northern District Magistrate Judge
Northern District of New York
Federal Building and US Courthouse
15 Henry Street
Binghamton, NY 13901

   Re:   **Kathleen Scalise v. Village of Whitesboro et al**
       **Civil Case No.: 6:22-cv-341 (GTS/ML)**

Dear Judge Lovric:

  I have corresponded with Plaintiff's counsel, David Longeretta on this matter. Our office joins in his status report to the Court.

  As always, if you have any questions or require additional information, please do not hesitate to contact me.

       Very truly yours,

       SCHWAB & GASPARINI PLLC

       By:

        ANDREW J. SCHWAB
        aschwab@schwabgasparini.com

AJS/mvm